UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VELETTA COLEMAN,            )<br>          Plaintiff,            )<br>vs.                                    )<br>                                         )<br>TODD COMBS, Chief Executive Officer )<br>and President, GEICO COUNTY MUTUAL )<br>INSURANCE COMPANY, et al.,    )<br>          Defendants.            ) | No. 3:21-CV-1253-B-BH |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's official capacity claims against the judges and their staff will be **DISMISSED without prejudice** under the Eleventh Amendment and all other claims will be **DISMISSED with prejudice** for failure to state a claim.

**SIGNED** this 29th day of December, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE